# United States District Court
# Eastern District of California

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff(s) v. ILYA ZAGARYUK, Defendant(s) | Case Number: 2:26-cr-00161-JAM |
| | APPLICATION FOR PRO HAC VICE AND PROPOSED ORDER |

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, Ronald H. Hoevet hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:

Defendant Ilya Zagaryuk

On 09/19/1975 (date), I was admitted to practice and presently in good standing in the Oregon State Bar (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have / ☑ I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

Date: 09/29/2026 Signature of Applicant: /s/ Ronald H. Hoevet

**Pro Hac Vice Attorney**

Applicant's Name: Ronald H. Hoevet

Law Firm Name: Hoevet Olson, PC

Address: 1000 SW Broadway

Suite 1740

City: Portland State: OR Zip: 97205

Phone Number w/Area Code: (503) 228-0497

City and State of Residence: Lake Oswego, Oregon

Primary E-mail Address: ron@hoevetlaw.com

Secondary E-mail Address: ann@hoevetlaw.com

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Local Counsel's Name: Shaffy Moeel

Law Firm Name: Law Office of Shaffy Moeel

Address: 2006 Kala Bagai Way, Sp. 16

City: Berkeley State: CA Zip: 94704

Phone Number w/Area Code: (415) 735-5021 Bar # 238732

**ORDER**

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: September 29, 2026

JUDGE, U.S. DISTRICT COURT